CGFD19 (9/19/08)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 09–33581–PGH

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Joel P. Koeppel
215 Southland Road
Palm Beach, FL 33480

SSN: xxx–xx–5957

## NOTICE OF DEADLINE TO FILE REQUIRED DOCUMENTS AND/OR CORRECT FILING DEFICIENCIES

The above referenced case was filed on October 29, 2009. The following documents were not filed, or were not signed, or do not substantively conform to the official bankruptcy form(s):

**Schedules A–J due 11/13/2009**
**Summary of Schedules due 11/13/2009**
**Statement of Financial Affairs due 11/13/2009**
**Payment Advices (Db) due 11/13/2009**
**Declaration Re: Schedules due 11/13/2009**

**Notice is given** pursuant to Local Rules 1007–1, 1007–2, 1017–2 and 5005–1(C)(3) that the debtor must submit the required documents and/or correct the filing deficiency indicated above not later than 15 days from the date of the filing of the petition. Failure to file the required documents or correct the filing deficiency on or before **November 13, 2009** may result in dismissal of this case without further notice.

**Notice is further given** that the Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" and the Official Form "Declaration Concerning Debtor's Schedules" must accompany the filing of any paper submitted subsequent to the filing of the initial service matrix pursuant to Bankruptcy Rules 1007 or 1009, and Local Rules 1007–2(B) and 1009–1(D). The Local Form "Declaration Under Penalty of Perjury to Accompany Electronically Filed Petitions, Schedules and Statements" must accompany any electronically filed schedule or statement filed without an imaged signature. See "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional format, fee and other requirements.

**Dated: 10/30/09**

**CLERK OF COURT**
By: Maria Romaguera–Serfaty
Deputy Clerk

A copy of this notice will be served on the Debtor and the attorney for the debtor (if applicable) by the clerk of court.